MAUREEN E. MCCLAIN, Bar No. 062050
mmcclain@littler.com
JOHN C. POST, Bar No. 233236
jpost@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID TROWBRIDGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.  2:12-cv- 00704 MCE GGH<br><br>**JOINT STIPULATION AND] ORDER SETTING RULE 26(F) OBLIGATIONS**<br><br>Complaint Filed:  December 8, 2011 |

　　　　**WHEREAS**, Plaintiff David Trowbridge filed his Complaint on December 8, 2011, as *Plaintiffs Thomas Allen, Sean Guilfoyle, David Trowbridge, and Paul Chapman v. Defendants Dollar Tree Stores, Inc., and Does 1 through 100, inclusive*, before the Superior Court of the County of Sacramento, Case Number 34-2011-00115269.

　　　　**WHEREAS**, Plaintiff David Trowbridge, *et al*., served Defendant Dollar Tree Stores, Inc., with the above Complaint on December 9, 2011.

　　　　**WHEREAS**, Defendant Dollar Tree Stores, Inc., removed Plaintiffs' Complaint on January 13, 2012, to the United States District Court for the Eastern District of California, Case Number 2:12-CV-00121-GEB-CKD.

///

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATTION AND [PROPOSED] ORDER  SETTING RULE 26(F)

Case No.  2:12-cv- 00704 MCE GGH

1  **WHEREAS**, Defendant Dollar Tree Stores, Inc., moved to sever the cases of Thomas
2  Allen, Sean Guillfoyle, and David Trowbridge, while remanding the case of Paul Chapman, on
3  February 3, 2012.

4  **WHEREAS**, the Court granted Defendant's motion to sever on March 20, 2012, and
5  the Court designated *David Trowbridge v. Dollar Tree Stores, Inc*., Case No. 2:12-CV-00704-MCE-
6  GGH.

7  **WHEREAS**, on April 18, 2012, this Court issued an Order Requiring Joint Status
8  Report (DKT#25). The Order set a deadline for completing the Parties' meet-and-confer obligations
9  under Federal Rule of Civil Procedure 26(f) and submitting their Joint Status Report as sixty (60)
10 days after Plaintiff's service of the Complaint or Defendant's removal of it.  Those respective dates
11 were February 7, 2012, and March 13, 2012.

12 **WHEREAS**, the Parties are unable to comply with the Court's Order as written,
13 because the proposed deadlines passed before the issuance of that Order, they propose the following
14 alternate date.  The Parties will submit their Joint Status Report within sixty (60) days of this Court's
15 issuance of the Order Requiring Joint Status Report (DKT#25), which is June 18, 2012, or on such
16 other date as set by this Court.

17 **THE PARTIES, THEREFORE, AGREE AS FOLLOWS:**

18 With this Court's approval, the Parties will submit to the Court their Joint Status
19 Report on or before June 18, 2012, or such other date as set by this Court.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATTION AND [PROPOSED] ORDER  SETTING RULE 26(F)    1.    Case No.  2:12-cv- 00704 MCE GGH

Dated: April 30, 2012                Respectfully submitted,

*/s/ Molly A. DeSario*

SCOTT EDWARD COLE
MOLLY A. DESARIO
SCOTT COLE & ASSOCIATES
A Professional Corporation
Attorneys for Plaintiff
DAVID TROWBRIDGE

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT**

Dated: April 30, 2012                Respectfully submitted,

*/s/ John C. Post*

MAUREEN E. MCCLAIN
JOHN C. POST
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC.

## ORDER

Pursuant to the foregoing stipulation, the Parties shall submit their Joint Status Report to this Court on or before June 18, 2012.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATTION AND [PROPOSED] ORDER SETTING RULE 26(F)    2.    Case No. 2:12-cv- 00704 MCE GGH