1  Scott Edward Cole (S.B. #160744)
   Molly A. DeSario (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   Email:   scole@scalaw.com
5  Email:   mdesario@scalaw.com
   Web:     www.scalaw.com
6
   Attorneys for Plaintiff
7  DAVID TROWBRIDGE

8

   Maureen E. McClain (S.B. #062050)
9  John C. Post (S.B. #233236)
   **LITTLER MENDELSON, P.C.**
10 650 California Street, 20th Floor
   San Francisco, CA 94108-2693
11 Telephone:  (415) 433-1940
   Facsimile:   (415) 399-8490
12 Email: mmclain@littler.com
   Email: jpost@littler.com
13
   Attorneys for Defendant
14 DOLLAR TREE STORES, INC.

15

16                     **UNITED STATES DISTRICT COURT**

17                     **EASTERN DISTRICT, SACRAMENTO DIVISION**

18

19 | DAVID TROWBRIDGE,                                )   **Case No. 2:12-cv-00704 MCE GGH**
20 |                        Plaintiffs,               )
21 | vs.                                              )   **STIPULATION AND ORDER TO CONTINUE DEADLINES FOR FILING JOINT STATUS REPORT**
22 | DOLLAR TREE STORES, INC., and                    )
   | DOES 1 through 100, inclusive,                   )   **Current JSR Due Date: June 18, 2012**
23 |                                                  )
24 |                        Defendants.               )   **Proposed New JSR Due Date: July 18, 2012**
25 |                                                  )   Complaint Filed: December 8, 2011
26

27

28

1  Plaintiff David Trowbridge ("Plaintiff") and Defendant Dollar Tree Stores, Inc.
2  ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as
3  follows:
4  **WHEREAS**, on May 2, 2012, this Court granted the Parties' request to submit their Joint
5  Status Report and complete their meet-and-confer obligations under Federal Rules of Civil
6  Procedure 26(f) by June 18, 2012. *Dckt. No.* 28.
7  **WHEREAS**, Plaintiff is seeking new counsel and transferring this case to that counsel.
8  **WHEREAS**, the Parties agree that the date to submit their Joint Status Report and complete
9  their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) should be continued
10  until Plaintiff's representation is finalized.
11  **WHEREAS**, the Parties mutually wish to continue the deadline for submitting their Joint
12  Status Report by thirty (30) days, or a date soon thereafter as determined by the Court's calendar.
13  **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties
14  through their respective attorneys of record and subject to the approval of the Court, that the Parties'
15  June 18, 2012 deadline to complete the Rule 26(f) conference and submit the Joint Status Report, be
16  continued by thirty (30) days, or a date soon thereafter as determined by the Court's calendar.
17
18  **IT IS SO STIPULATED.**
19
20  Dated: June 14, 2012                                    **SCOTT COLE & ASSOCIATES, APC**
21
22                                                By:   /s/ Molly A. DeSario
                                                        Molly A. DeSario, Esq
23                                                      Attorneys for Plaintiff David Trowbridge
24  Dated: June 14, 2012                                   **LITTLER MENDELSON, PC**
25
26                                                By:   /s/ John C. Post
27                                                      John C. Post, Esq
                                                        Attorneys for Defendant
28                                                      Dollar Tree Stores, Inc.

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

## ORDER

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

The Parties deadline for completing their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) and submitting to the Court their Joint Status Report, currently due June 18, 2012, shall be rescheduled to July 18, 2012.

**IT IS SO ORDERED.**

Dated:  June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE