Scott Edward Cole (S.B. #160744)
Molly A. DeSario (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   scole@scalaw.com
Email:   mdesario@scalaw.com
Web:      www.scalaw.com

Attorneys for Plaintiff
DAVID TROWBRIDGE


Maureen E. McClain (S.B. #062050)
John C. Post (S.B. #233236)
**LITTLER MENDELSON, P.C.**
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone:  (415) 433-1940
Facsimile:   (415) 399-8490
Email: mmclain@littler.com
Email: jpost@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT, SACRAMENTO DIVISION

| | |
|---|---|
| DAVID TROWBRIDGE,<br><br>             Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 100, inclusive,<br><br>             Defendants. | **Case No. 2:12-cv-00704 MCE GGH**<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES FOR FILING JOINT STATUS REPORT**<br><br>**Current JSR Due Date: June 18, 2012**<br><br>**Proposed New JSR Due Date: July 18, 2012**<br><br>Complaint Filed: December 8, 2011 |

-1-
Joint Stipulation and Order to Continue Deadline for Filing Joint Status Report

1  Plaintiff David Trowbridge ("Plaintiff") and Defendant Dollar Tree Stores, Inc.
2  ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as
3  follows:
4  **WHEREAS**, on May 2, 2012, this Court granted the Parties' request to submit their Joint
5  Status Report and complete their meet-and-confer obligations under Federal Rules of Civil
6  Procedure 26(f) by June 18, 2012. *Dckt. No.* 28.
7  **WHEREAS**, Plaintiff is seeking new counsel and transferring this case to that counsel.
8  **WHEREAS**, the Parties agree that the date to submit their Joint Status Report and complete
9  their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) should be continued
10 until Plaintiff's representation is finalized.
11 **WHEREAS**, the Parties mutually wish to continue the deadline for submitting their Joint
12 Status Report by thirty (30) days, or a date soon thereafter as determined by the Court's calendar.
13 **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties
14 through their respective attorneys of record and subject to the approval of the Court, that the Parties'
15 June 18, 2012 deadline to complete the Rule 26(f) conference and submit the Joint Status Report, be
16 continued by thirty (30) days, or a date soon thereafter as determined by the Court's calendar.

18 **IT IS SO STIPULATED.**

20 Dated: June 14, 2012                    **SCOTT COLE & ASSOCIATES, APC**

22                                          By:  /s/ Molly A. DeSario
                                                 Molly A. DeSario, Esq
23                                               Attorneys for Plaintiff David Trowbridge

24 Dated: June 14, 2012                    **LITTLER MENDELSON, PC**

26                                          By:  /s/ John C. Post
                                                 John C. Post, Esq
27                                               Attorneys for Defendant
                                                 Dollar Tree Stores, Inc.

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

**ORDER**

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

The Parties deadline for completing their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) and submitting to the Court their Joint Status Report, currently due June 18, 2012, shall be rescheduled to July 18, 2012.

**IT IS SO ORDERED.**

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE