Scott Edward Cole (S.B. #160744)
Molly A. DeSario (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   scole@scalaw.com
Email:   mdesario@scalaw.com
Web:     www.scalaw.com

Attorneys for Plaintiff
DAVID TROWBRIDGE


Maureen E. McClain (S.B. #062050)
John C. Post (S.B. #233236)
**LITTLER MENDELSON, P.C.**
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone:  (415) 433-1940
Facsimile:   (415) 399-8490
Email: mmclain@littler.com
Email: jpost@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT, SACRAMENTO DIVISION

| | |
|---|---|
| DAVID TROWBRIDGE,<br><br>       Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 2:12-cv-00704 MCE GGH<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE DEADLINES FOR FILING JOINT STATUS REPORT**<br><br>**Current JSR Due Date: July 18, 2012**<br><br>**Proposed New JSR Due Date: August 18, 2012**<br><br>Complaint Filed: December 8, 2011 |

1  Plaintiff David Trowbridge ("Plaintiff") and Defendant Dollar Tree Stores, Inc.
2  ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as
3  follows:
4  **WHEREAS**, on May 2, 2012, this Court granted the Parties' request to submit their Joint
5  Status Report and complete their meet-and-confer obligations under Federal Rules of Civil
6  Procedure 26(f) by June 18, 2012.  *Dckt. No.* 28.
7  **WHEREAS**, on June 19, 2012, this Court granted the Parties' request to submit their Joint
8  Status Report and complete their meet-and-confer obligations under Federal Rules of Civil
9  Procedure 26(f) by July 18, 2012.  *Dckt. No.* 31.
10  **WHEREAS**, Plaintiff has identified new counsel, and current counsel is in the process of
11  transferring this case to Plaintiff's new counsel.  The transfer should be completed shortly.
12  **WHEREAS**, the Parties agree that the date to submit their Joint Status Report and complete
13  their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) should be continued
14  until Plaintiff's representation is finalized.
15  **WHEREAS**, the Parties mutually wish to continue the deadline for submitting their Joint
16  Status Report by thirty (30) days, or a date soon thereafter as determined by the Court's calendar.
17  **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties
18  through their respective attorneys of record and subject to the approval of the Court, that the Parties'
19  July 18, 2012, deadline to complete the Rule 26(f) conference and submit the Joint Status Report, be
20  continued by thirty (30) days, or a date soon thereafter as determined by the Court's calendar.
21  **IT IS SO STIPULATED.**
22  Dated: July 16, 2012                    **SCOTT COLE & ASSOCIATES, APC**
23                                          By:   /s/ Molly A. DeSario
24                                                Molly A. DeSario, Esq
                                                  Attorneys for Plaintiff David Trowbridge

Dated: July 16, 2012

**LITTLER MENDELSON, PC**

By:  /s/ John C. Post
     John C. Post, Esq
     Attorneys for Defendant
     Dollar Tree Stores, Inc.

**<u>ORDER</u>**

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

The Parties deadline for completing their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) and submitting to the Court their Joint Status Report, currently due July 18, 2012, shall be rescheduled to August 20, 2012.

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Joint Stipulation and Order to Further Continue Deadline for Filing Joint Status Report

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800