1  Jeffrey D. Fulton (Bar No. 206466)
   David Graulich (Bar No. 260515)
2  LAW OFFICE OF JEFFREY D. FULTON
3  400 Capitol Mall, Eleventh Floor
   Sacramento, California 95814
4  Telephone:  (916) 558-6141
   Facsimile:  (916) 441-5575
5  Email:  JFutlton@JFultonLaw.com
6  Email:  DGraulich@JFultonLaw.com

7  Attorneys for Plaintiff
   DAVID TROWBRIDGE
8

9  Maureen E. McClain (S.B. #062050)
   John C. Post (S.B. #233236)
10 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
11 San Francisco, CA 94108-2693
   Telephone:  (415) 433-1940
12 Facsimile:  (415) 399-8490
   Email: mmclain@littler.com
13 Email: jpost@littler.com

14 Attorneys for Defendant
   DOLLAR TREE STORES, INC.
15

16              **UNITED STATES DISTRICT COURT**

17           **EASTERN DISTRICT, SACRAMENTO DIVISION**

18

19  DAVID TROWBRIDGE,                    )
20                          Plaintiff,   )   **Case No. 2:12-cv-00704 MCE GGH**
                                         )
21  vs.                                  )   **STIPULATION AND ORDER TO FURTHER**
                                         )   **CONTINUE DEADLINES FOR FILING**
22  DOLLAR TREE STORES, INC., and        )   **JOINT STATUS REPORT**
    DOES 1 through 100, inclusive,       )
23                                       )   **Current JSR Due Date: August 20, 2012**
                                         )
24                          Defendants.  )   **Proposed New JSR Due Date: August 27, 2012**
                                         )
25                                       )   Complaint Filed: December 8, 2011
                                         )
26  _____ )

27

28

1       Plaintiff David Trowbridge ("Plaintiff") and Defendant Dollar Tree Stores, Inc.

2   ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as

3   follows:

4       **WHEREAS**, on June 19, 2012, this Court granted the Parties' request to submit their Joint

5   Status Report and complete their meet-and-confer obligations under Federal Rules of Civil

6   Procedure 26(f) by July 18, 2012. *Dckt. No.* 31.

7       **WHEREAS**, on July 18, 2012, this Court granted the Parties' request to submit their Joint

8   Status Report and complete their meet-and-confer obligations under Federal Rules of Civil

9   Procedure 26(f) by August 20, 2012. *Dckt. No.* 33.

10      **WHEREAS**, Plaintiff's counsel has recently substituted into the case.

11      **WHEREAS**, the Parties agree that the date to submit their Joint Status Report and complete

12  their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) should be continued

13  for a short period.

14      **WHEREAS**, the Parties mutually wish to continue the deadline for submitting their Joint

15  Status Report by seven (7) days, or a date soon thereafter as determined by the Court's calendar.

16      **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties

17  through their respective attorneys of record and subject to the approval of the Court, that the Parties'

18  August 20, 2012, deadline to complete the Rule 26(f) conference and submit the Joint Status Report,

19  be continued by seven (7) days, or a date soon thereafter as determined by the Court's calendar.

20  **IT IS SO STIPULATED.**

21  Dated: August 17, 2012         **LAW OFFICE OF JEFFREY D. FULTON**

22                         By:   /s/ Jeffrey D. Fulton

23                               Jeffrey D. Fulton, Esq
                                 Attorneys for Plaintiff David Trowbridge

24

25  Dated: August 17, 2012         **LITTLER MENDELSON, PC**

26                         By:   /s/ John C. Post

27                               John C. Post, Esq
                                 Attorneys for Defendant

28                               Dollar Tree Stores, Inc.

Joint Stipulation and Order to Further Continue Deadline for Filing Joint Status Report

**ORDER**

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

The Parties deadline for completing their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) and submitting to the Court their Joint Status Report, currently due August 20, 2012, shall be rescheduled to August 27, 2012.

**IT IS SO ORDERED.**

Dated:  August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Joint Stipulation and Order to Further Continue Deadline for Filing Joint Status Report