Jeffrey D. Fulton (Bar No. 206466)
David Graulich (Bar No. 260515)
LAW OFFICE OF JEFFREY D. FULTON
400 Capitol Mall, Eleventh Floor
Sacramento, California 95814
Telephone:  (916) 558-6141
Facsimile:   (916) 441-5575
Email:  JFutlton@JFultonLaw.com
Email:  DGraulich@JFultonLaw.com

Attorneys for Plaintiff
DAVID TROWBRIDGE

Maureen E. McClain (S.B. #062050)
John C. Post (S.B. #233236)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone:  (415) 433-1940
Facsimile:   (415) 399-8490
Email: mmclain@littler.com
Email: jpost@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT, SACRAMENTO DIVISION

DAVID TROWBRIDGE,

           Plaintiff,

vs.

DOLLAR TREE STORES, INC., and
DOES 1 through 100, inclusive,

           Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:12-cv-00704 MCE GGH**

**STIPULATION AND ORDER TO FURTHER
CONTINUE DEADLINES FOR FILING
JOINT STATUS REPORT**

**Current JSR Due Date: August 20, 2012**

**Proposed New JSR Due Date: August 27, 2012**

Complaint Filed: December 8, 2011

1      Plaintiff David Trowbridge ("Plaintiff") and Defendant Dollar Tree Stores, Inc.

2 ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as

3 follows:

4      **WHEREAS**, on June 19, 2012, this Court granted the Parties' request to submit their Joint

5 Status Report and complete their meet-and-confer obligations under Federal Rules of Civil

6 Procedure 26(f) by July 18, 2012. *Dckt. No.* 31.

7      **WHEREAS**, on July 18, 2012, this Court granted the Parties' request to submit their Joint

8 Status Report and complete their meet-and-confer obligations under Federal Rules of Civil

9 Procedure 26(f) by August 20, 2012. *Dckt. No.* 33.

10      **WHEREAS**, Plaintiff's counsel has recently substituted into the case.

11      **WHEREAS**, the Parties agree that the date to submit their Joint Status Report and complete

12 their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) should be continued

13 for a short period.

14      **WHEREAS**, the Parties mutually wish to continue the deadline for submitting their Joint

15 Status Report by seven (7) days, or a date soon thereafter as determined by the Court's calendar.

16      **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties

17 through their respective attorneys of record and subject to the approval of the Court, that the Parties'

18 August 20, 2012, deadline to complete the Rule 26(f) conference and submit the Joint Status Report,

19 be continued by seven (7) days, or a date soon thereafter as determined by the Court's calendar.

20 **IT IS SO STIPULATED.**

21 Dated: August 17, 2012           **LAW OFFICE OF JEFFREY D. FULTON**

22                By:    /s/ Jeffrey D. Fulton

23                      Jeffrey D. Fulton, Esq
                     Attorneys for Plaintiff David Trowbridge

24

25 Dated: August 17, 2012           **LITTLER MENDELSON, PC**

26                By:    /s/ John C. Post

27                      John C. Post, Esq
                     Attorneys for Defendant

28                      Dollar Tree Stores, Inc.

## ORDER

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

The Parties deadline for completing their meet-and-confer obligations under Federal Rules of Civil Procedure 26(f) and submitting to the Court their Joint Status Report, currently due August 20, 2012, shall be rescheduled to August 27, 2012.

**IT IS SO ORDERED.**

Dated:  August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Joint Stipulation and Order to Further Continue Deadline for Filing Joint Status Report