IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID TROWBRIDGE,

      Plaintiff,                        No. 2:12-cv-0704 MCE GGH

     vs.

DOLLAR TREE STORES, INC.,         <u>ORDER</u>

      Defendant.

_____/

     This order modifies in part the amended protective order submitted by the parties on October 12, 2012, and filed concurrently with this order, particularly paragraphs 12, 13, 18, and 19 of that order.

     The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

     Any confidential material filed with the court, sealed or otherwise, will not be returned at the conclusion of the litigation.

     Procedurally, the parties must comply with E. D. Local Rule 141.1 in addition to Rule 141, regarding the sealing of documents.

\\\\\

1       The Court shall not retain jurisdiction to enforce, construe, or modify its terms
2 after the final disposition of this action.
3       IT IS SO ORDERED.
4 Dated: October 15, 2012

6       /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

7 GGH:076/Trowbridge0704.po.mod.wpd