1  MAUREEN E. MCCLAIN, Bar No. 062050
   Email: mmcclain@littler.com
2  LINDBERGH PORTER, Bar No. 100091
   Email: lporter@littler.com
3  CONSTANCE E. NORTON, Bar No. 146365
   Email: cnorton@littler.com
4  ALISON CUBRE, Bar No. 257834
   acubre@littler.com
5  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
6  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
7  Facsimile:    415.399.8490

8  Attorneys for Defendant
   DOLLAR TREE STORES, INC.

9  JEFFREY D. FULTON, Bar No. 206466
   Email: jfulton@jfultonLaw.com
10 NATALYA GRUNWALD, Bar No. 265084
   Email: ngrunwald@jfultonlaw.com
11 LAW OFFICE OF JEFFREY D. FULTON
   2150 River Plaza Drive, Suite 260
12 Sacramento, California  95833
   Telephone:    (916) 993-4900
13 Facsimile:    (916) 441-5575

14 Attorney for Plaintiff
   DAVID TROWBRIDGE

15

16            UNITED STATES DISTRICT COURT

17            EASTERN DISTRICT OF CALIFORNIA

18

19 | DAVID TROWBRIDGE,                        | Case No.  2:12-CV-00704 MCE AC
20 |             Plaintiff,                   | **STIPULATION AND ORDER TO SET
21 | v.                                       | SETTLEMENT CONFERENCE BEFORE
                                              | MAGISTRATE JUDGE NEWMAN**
22 | DOLLAR TREE STORES, INC., and            | Complaint Filed: December 8, 2011
   | DOES 1 through 100, inclusive,           | Trial Date: March 25, 2014
23 |
   |             Defendants.                  |
24

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Stipulation And Order To Set Settlement Conference
Before Magistrate Judge Newman

Case No. 2:12-CV-00704 MCE AC

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Plaintiff David Trowbridge ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Dollar Tree"), by and through their respective counsel of record, hereby stipulate and request that the Court enter an Order as follows:

**WHEREAS**, Plaintiff filed a Complaint on December 8, 2011, as *Plaintiffs Thomas Allen, Sean Guilfoyle, David Trowbridge, and Paul Chapman v. Defendants Dollar Tree Stores, Inc., and Does 1 through 100, inclusive*, before the Superior Court of the County of Sacramento, Case Number 34-2011-00115269;

**WHEREAS**, Dollar Tree removed Plaintiffs' Complaint on January 13, 2012, to the United States District Court for the Eastern District of California, Case Number 2:12-CV-00121-GEB-CKD, and on February 3, 2012 moved to sever the cases of Thomas Allen, Sean Guilfoyle, and David Trowbridge, while remanding the case of Paul Chapman;

**WHEREAS** the Court granted Dollar Tree's motion to sever on March 20, 2012, and the Court designated the actions in pertinent part as *Sean Guilfoyle v. Dollar Tree Stores, Inc.*, Case No. 2:12-CV-00703 GEB CKD and *David Trowbridge v. Dollar Tree Stores, Inc.,* Case No. 2:12-CV-00704 MCE AC.  Both Plaintiffs in the *Guilfoyle* and *Trowbridge* actions are represented by the same attorney, Law Office of Jeffrey D. Fulton;

**WHEREAS**, both the *Chapman* and *Allen* actions have been dismissed with prejudice;

**WHEREAS**, on November 27, 2013, Dollar Tree shall file a Motion for Summary Judgment in this action, with a hearing date of January 23, 2014 at 9:00 a.m.;

**WHEREAS,** the parties conferred and agreed to engage in settlement discussions before further motion practice and pre-trial preparation, and further agreed that for expediency and cost efficiencies the *Guilfoyle* and *Trowbridge* actions could be mediated at the same conference;

**WHEREAS,** the parties further agreed to request Magistrate Judge J. Kendall Newman as a settlement judge, and attempted to coordinate a date for settlement conference on December 16 or 17, 2013, to correspond with the Pre-Trial Conference in the *Guilfoyle* action; however, Magistrate Judge Newman was unavailable on those dates;

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Stipulation And [Proposed] Order To Set Settlement Conference Before Magistrate Judge Newman   1.   Case No. 2:12-CV-00704 MCE AC

**WHEREAS**, Plaintiffs are not available for a settlement conference the weeks of January 20 or 27, 2014, but all parties and party representatives, their counsel and Magistrate Judge Newman are available for a settlement conference on January 14, 2014;

In light of the foregoing, the parties respectfully request that the Court issue an Order granting their request to schedule a Settlement Conference before Magistrate Judge J. Kendall Newman on January 14, 2014 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: November 21, 2013                    Respectfully submitted,

*/s/ Jeffrey D. Fulton (as authorized on 11/21/2013)*
JEFFREY D. FULTON
NATALYA GRUNWALD
LAW OFFICE OF JEFFREY D. FULTON

Attorneys for Plaintiff
DAVID TROWBRIDGE

Dated: November 21, 2013                    Respectfully submitted,

*/s/ Lindbergh Porter*
MAUREEN E. MCCLAIN
LINDBERGH PORTER
CONSTANCE E. NORTON
OSWALD B. COUSINS
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
DOLLAR TREE STORES, INC.

**IT IS SO ORDERED.**

Dated:  November 26, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation And [Proposed] Order To Set Settlement Conference Before Magistrate Judge Newman        2.        Case No. 2:12-CV-00704 MCE AC