MAUREEN E. MCCLAIN, Bar No. 062050
Email: mmcclain@littler.com
LINDBERGH PORTER, Bar No. 100091
Email: lporter@littler.com
CONSTANCE E. NORTON, Bar No. 146365
Email: cnorton@littler.com
OSWALD B. COUSINS, Bar No. 172239
Email: ocousins@littler.com
ALISON CUBRE, Bar No. 257834
Email: acubre@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TROWBRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  2:12-CV-00704 MCE AC<br><br>**ORDER GRANTING DEFENDANT DOLLAR TREE STORES, INC.'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  January 23, 2014<br>Time:  9:00 a.m.<br>Place:  Courtroom 10<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed:  December 8, 2011<br>Trial Date:  March 25, 2014 |

The Court, having considered Defendant DOLLAR TREE STORES, INC.'S Request to Seal Documents in Support of Motion for Summary Judgment and/or Partial Summary Judgment, pursuant to the United States District Court, Eastern District of California Local Rule 141, the Protective Order on File herein (ECF No. 47) and all other papers submitted in support thereof and in opposition thereto,

///

1  IT IS HEREBY ORDERED that Dollar Tree's Request to Seal is **GRANTED.** Because portions of Exhibits K-O to the Declaration of Jill Ash; Lines 1:25, 2:6, and 2:9-10 to the Declaration of Randy Davison; Line 3:7 to the Declaration of Carlos Hernandez; Line 1:20 and portions of Exhibit A to the declaration of Paul Jones; Lines 2:28 and 3:1-5 and Exhibits A, C-E, and H-K to the Declaration of David McDearmon; portions of Exhibit A to the Declaration of Constance E. Norton; Lines 2:14-16 and portions of Exhibit A to the Declaration of Steven Pearson; Exhibit A to the Declaration of Brian Prettyman; portions of Exhibit A to the declaration of Jeff Whitemore; Lines 2:19, 3:1-2, 7:15, 11:4, and 12:11 in the Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment and/or Partial Summary Judgment; and UFs 8, 45-50, and 109-110 in the Separate Statement of Facts submitted in support of Defendant's Motion for Summary Judgment and/or Partial Summary Judgment in the Separate Statement of Facts submitted in support of Defendant's Motion for Summary Judgment and/or Partial Summary Judgment all contain private, confidential, and proprietary business information, the public disclosure of which would be detrimental to Dollar Tree's competitive interests or the privacy rights of its current and former employees, the Court finds that there are compelling reasons to grant the request and seal the documents.

**IT IS SO ORDERED .**

Dated:  December 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

ORDER GRANTING DEF.'S REQUEST TO SEAL DOCS ISO MSJ    2.    Case No.  2:12-CV-00704 MCE AC