MAUREEN E. MCCLAIN, Bar No. 062050
Email: mmcclain@littler.com
LINDBERGH PORTER, Bar No. 100091
Email: lporter@littler.com
CONSTANCE E. NORTON, Bar No. 146365
Email: cnorton@littler.com
OSWALD B. COUSINS, Bar No. 172239
Email: ocousins@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

JEFFREY D. FULTON, Bar No. 206466
Email: jfulton@jfultonLaw.com
NATALYA GRUNWALD, Bar No. 265084
Email: ngrunwald@jfultonlaw.com
LAW OFFICE OF JEFFREY D. FULTON
2150 River Plaza Drive, Suite 260
Sacramento, CA  95833
Telephone:   916.993.4900
Facsimile:    916.441.5575

Attorney for Plaintiff
DAVID TROWBRIDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TROWBRIDGE,<br><br>   Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.  2:12-CV-00704 MCE AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE AND REPLACE ECF NOS. 76-2 AND 76-8 FROM THE DOCKET**<br><br>Complaint Filed:   December 8, 2011<br>Trial Date:              May 12, 2014 |

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Plaintiff David Trowbridge ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Dollar Tree"), by and through their respective counsel of record, hereby stipulate and request that the Court enter an Order as follows:

///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA  94108.2693
415.433.1940

Stipulation and [Proposed] Order to Remove and Replace ECF Nos. 76-2 and 76-8 from the Docket        1.        Case No. 2:12-CV-00704 MCE AC

1     **WHEREAS**, on November 27, 2013, Dollar Tree filed a Motion for Summary Judgment and/or Partial Summary Judgment [ECF Nos. 62-73], and that portions of the Motion for Summary Judgment and/or Partial Summary Judgment and the accompanying documents and evidence were conditionally filed under seal;

    **WHEREAS**, at the time Dollar Tree filed its Motion for Summary Judgment and/or Partial Summary Judgment, it simultaneously filed a Request to Seal Documents in Support of the Motion for Summary Judgment and/or Partial Summary Judgment;

    **WHEREAS**, on December 6, 2013, this Court granted Dollar Tree's Request to Seal Documents in Support of the Motion for Summary Judgment and/or Partial Summary Judgment [ECF No. 74] and ordered Lines 1:25, 2:6, and 2:9-10 to the Declaration of Randy Davison; Line 3:7 to the Declaration of Carlos Hernandez; Line 1:20 to the declaration of Paul Jones; Lines 2:14-16 to the Declaration of Steven Pearson submitted in support of Defendant's Motion for Summary Judgment and/or Partial Summary Judgment sealed, among other documents and evidence, because they contained contain private, confidential, and proprietary business information, the public disclosure of which would be detrimental to Dollar Tree's competitive interests or the privacy rights of its current and former employees;

    **WHEREAS,** on December 19, 2013, Plaintiff filed a Memorandum of Points and Authorities in Opposition to Defendant Dollar Tree Stores, Inc.'s Notice of Motion and Motion for Summary Judgment and/or Partial Summary Judgment [ECF No. 76] and Objections to Defendant's Evidence in Opposition to Defendant[']s Motion for Summary Judgment and/or Partial Summary Judgment [ECF No. 76-2];

    **WHEREAS,** in Plaintiff's Objections to Defendant's Evidence in Opposition to Defendant[']s Motion for Summary Judgment and/or Partial Summary Judgment [ECF No. 76-2], Plaintiff accidently referenced sealed portions of the evidence;

    **WHEREAS,** On December 23, 2013, Dollar Tree's counsel contacted Plaintiff's counsel about the reference to the unsealed portions of the evidence and left a message to discuss removing the document from the publically available court-record;

///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation and [Proposed] Order to Remove and Replace ECF Nos. 76-2 and 76-8 from the Docket    2.    Case No. 2:12-CV-00704 MCE AC

1  **WHEREAS,** on January 2, 2013 Dollar Tree filed a Reply Memorandum of Points and Authorities in Support of its Motion for Summary Judgment and/or Partial Summary Judgment [ECF No. 78], and a Reply to Plaintiff's Objections to Evidence in Opposition to Defendant[']s Motion for Summary Judgment and/or Partial Summary Judgment [ECF No. 78-2];

**WHEREAS,** on January 3, 2013, Plaintiff's counsel called Dollar Tree's counsel and agreed to enter into a stipulation to seal the portions of the Objections to Defendant's Evidence in Opposition to Defendant[']s Motion for Summary Judgment and/or Partial Summary Judgment and Reply to Plaintiff's Objections to Evidence in Opposition to Defendant[']s Motion for Summary Judgment and/or Partial Summary Judgment that had previously been ordered sealed by the Court;

In light of the foregoing, the Parties respectfully request:

1. The Court remove ECF Nos. 76-2 and 78-2 from the docket because they contain private, confidential, and proprietary business information, the public disclosure of which would be detrimental to Dollar Tree's competitive interests or the privacy rights of its current and former employees as already determined by the Court in its December 6, 2013 Order.

2. The Court file the document attached as **Exhibit A** to replace the current-ECF No. 76-2.

3. The Court file the document attached as **Exhibit B** to replace the current-ECF No. 78-2.

**IT IS SO STIPULATED.**

Dated: January 6, 2014                    Respectfully submitted,

*/s/ Natalya Grunwald (as authorized on 1/6/14)*
NATALYA GRUNWALD
LAW OFFICE OF JEFFREY D. FULTON
Attorneys for Plaintiff
DAVID TROWBRIDGE

Dated: January 6, 2014                    Respectfully submitted,

*/s/ Oswald B. Cousins*
CONSTANCE E. NORTON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DOLLAR TREE STORES, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Stipulation and [Proposed] Order to Remove and Replace ECF Nos. 76-2 and 76-8 from the Docket        3.        Case No. 2:12-CV-00704 MCE AC

**ORDER**

Pursuant to the parties' stipulation, it is HEREBY ORDERED THAT ECF Nos. 76-2 and 78-2 shall be removed from the docket.   Exhibit A, currently filed as ECF No. 79 pages 4-31, shall be docketed to replace the current-ECF No. 76-2.  Exhibit B, currently filed as ECF No. 79 pages 32-64, shall be docketed to replace the current-ECF No. 78-2.

IT IS SO ORDERED.

Dated:  January 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Stipulation and [Proposed] Order to Remove and Replace ECF Nos. 76-2 and 76-8 from the Docket    4.    Case No. 2:12-CV-00704 MCE AC