UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TROWBRIDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>        Defendant. | No.  2:12-cv-00704-MCE-AC<br><br>**ORDER CONTINUING TRIAL** |

YOU ARE HEREBY NOTIFIED the jury trial is vacated and continued to **September 29, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **July 24, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the March 20, 2014 Final Pretrial Conference is vacated and continued to **August 7, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **July 17, 2014** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

///

///

1

1   Any evidentiary or procedural motions are to be filed by **July 17, 2014**.
2   Oppositions must be filed by **July 24, 2014** and any reply must be filed by **July 31,**
3   **2014.**  The motions will be heard by the Court at the same time as the Final Pretrial
4   Conference.
5   IT IS SO ORDERED.
6   DATED: February 5, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT